**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Ryan A. STEMMERMAN**
**Gunner's Mate First Class (E-6), U.S. Coast Guard**

**CGCMS 24937**
**Docket No. 1427**

**7 December 2016**

Special Court-Martial convened by Commanding Officer, Coast Guard Base Alameda. Tried at Alameda, California, on 9 January and 18 February 2015.

| | |
|---|---|
| Military Judge: | CAPT Christine N. Cutter, USCG |
| Trial Counsel: | LT Rebecca B. Shults, USCG |
| Assistant Trial Counsel: | LT Emily C. Miletello, USCGR |
| Civilian Defense Counsel: | Mr. Kenneth Lee, Esq. |
| Military Defense Counsel: | LT Nakku Chung, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

**BEFORE**
**McCLELLAND, JUDGE & HERMAN**
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of attempted indecent visual recording, in violation of Article 80, Uniform Code of Military Justice (UCMJ); and one specification of indecent visual recording, in violation of Article 120c, UCMJ. The military judge sentenced Appellant to reduction to E-1, confinement for six months, and a bad-conduct discharge. The Convening Authority approved the sentence. The pretrial agreement did not affect the sentence.

**United States v. Ryan A. STEMMERMAN, No. 1427 (C.G.Ct.Crim.App. 2016)**

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ.  Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved.  Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Shelia R. O'Reilly
Clerk of the Court